**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-61248-MIDDLEBROOKS

NOE CARDOZA RIOS,

      Petitioner,

v.

WARDEN, Broward Transitional Center, et al.,

      Respondents.

                               /

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge Panayotta Augustin-Birch for a Report and Recommendation and to take all action required by law on the Petitioner for Writ of Habeas Corpus under 28 U.S.C. § 2241 (DE 1), filed April 28, 2026.

      **SIGNED** in Chambers, at West Palm Beach, Florida, this 5 day of May, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record